1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12 | KORI FOLAU,                          | Federal Case No.: 5:16-CV-03332-LHK
13 |            Plaintiff,                |
   |                                       | **PLAINTIFF'S NOTICE OF VOLUNTARY
14 |       vs.                            | DISMISSAL OF DEFENDANT CO-
   |                                       | OPERATIVE ADJUSTMENT BUREAU,
15 | EXPERIAN INFORMATION SOLUTIONS,      | INC. PURSUANT TO FEDERAL RULE
   | INC.; et. al.,                       | OF CIVIL PROCEDURE 41(A)(1)**
16 |            Defendants.               |

17

18

19  **PLEASE TAKE NOTICE** that Plaintiff Kori Folau, pursuant to Federal Rule of Civil Procedure

20  41(a)(1), hereby voluntarily dismisses Defendant Co-Operative Adjustment Bureau, Inc. as to all

21  claims in this action.

22       Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23       41(a) Voluntary Dismissal

24       (1) By the Plaintiff

25           (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26               applicable federal statute, the plaintiff may dismiss an action without a court

27               order by filing:

28               (1) a notice of dismissal before the opposing party serves either an answer

                                          1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

1  or a motion for summary judgment.

2  Defendant Co-Operative Adjustment Bureau, Inc. has neither answered Plaintiff's
3  Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed
4  against it for all purposes and without an Order of the Court.

6  Dated: March 17, 2017                                Sagaria Law, P.C.

                                                        By:   */s/ Elliot W. Gale*
                                                                    Elliot W. Gale
                                                        Attorneys for Plaintiff
                                                        Kori Folau